# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:10CR299 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION |
| LORI A. IVEY, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Benita Y. Pearson's Report and Recommendation that the Court ACCEPT Defendant Lori A. Ivey's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 15.)

On July 27, 2010, the government filed an Indictment against Defendant. (Doc. No. 1.) On October 22, 2010, this Court issued an order assigning this case to Magistrate Judge Pearson for the purpose of receiving Defendant's guilty plea. (Doc. No. 13.)

On October 28, 2010, a hearing was held in which Defendant entered a plea of guilty to Count 1, charging her with being a felon in possession of a firearm, in violation of 18 U.S.C. Section 922(g)(1), and a plea of guilty to Count 2, charging her with possession of a controlled substance (cocaine), in violation of 21 U.S.C. Section 844. Magistrate Judge Pearson received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 15.)

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the Defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 922(g)(1), and guilty of Count 2 in violation of 21 U.S.C. Section 844. The sentencing will be held on January 6, 2011 at 11:30 a.m.

**IT IS SO ORDERED**.


Dated: December 30, 2010

                                        **HONORABLE SARA LIOI**
                                        **UNITED STATES DISTRICT JUDGE**